# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
                              )
          **Plaintiff,**      )
                              )     **No. M-10-139-AR**
     **-vs-**                )
                              )     **Violation: 26 U.S.C. § 7203**
**BARRY G. BROCKMAN,**      )
                              )
         **Defendant.**   )

*FILED*
*APR 14 2010*
*ROBERT D. DENNIS, CLERK*
*U.S. DIST. COURT, WESTERN DIST. OF OKLA*
*BY ___ DEPUTY*

## I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE
### (Failure to File a 2003 Income Tax Return)

On or about April 15, 2004, in the Western District of Oklahoma,

-------------------------------- **BARRY G. BROCKMAN** --------------------------------

failed to file a federal income tax return as required by law. Specifically, during

the calendar year 2003, **BROCKMAN** lived in the Western District of Oklahoma

and received gross income substantially in excess of $15,600. By reason of such

income, he was required by law to make an income tax return to the Internal

Revenue Service by April 15, 2004, setting forth his gross income and any

deductions and credits. **BROCKMAN** knowingly and willfully failed to do so.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWO
### (Failure to File a 2004 Income Tax Return)

On or about April 15, 2005, in the Western District of Oklahoma,

------------------------------ **BARRY G. BROCKMAN** ------------------------------

failed to file a federal income tax return as required by law.  Specifically, during

the calendar year 2004, **BROCKMAN** lived in the Western District of Oklahoma

and received gross income substantially in excess of $15,900.  By reason of such

income, he was required by law to make an income tax return to the Internal

Revenue Service by April 15, 2005, setting forth his gross income and any

deductions and credits.  **BROCKMAN** knowingly and willfully failed to do so.

All in violation of Title 26, United States Code, Section 7203.

## COUNT THREE
### (Failure to File a 2005 Income Tax Return)

On or about April 17, 2006, in the Western District of Oklahoma,

------------------------------ **BARRY G. BROCKMAN** ------------------------------

failed to file a federal income tax return as required by law.  Specifically, during

the calendar year 2005, **BROCKMAN** lived in the Western District of Oklahoma

and received gross income substantially in excess of $16,400.  By reason of such

income, he was required by law to make an income tax return to the Internal Revenue Service by April 17, 2006, setting forth his gross income and any deductions and credits. **BROCKMAN** knowingly and willfully failed to do so.

**All in violation of Title 26, United States Code, Section 7203.**

SANFORD C. COATS
United States Attorney

CHRIS M. STEPHENS
JEB BOATMAN
Assistant U.S. Attorneys

STATE OF OKLAHOMA       )
                             ) SS

COUNTY OF OKLAHOMA     )

## **VERIFICATION**

I, Donald A. Anderson, being first duly sworn, on oath state that I have read and know the contents of the foregoing Information and the statements therein are true.

_____
DONALD A. ANDERSON
Special Agent
Internal Revenue Service – Criminal Investigation

Subscribed and sworn to before me this _14_ day of April, 2010.

_____
Notary Public in and for
Oklahoma County, Oklahoma

My commission expires:           Commission No.

_____

PAM KUCH
NOTARY
# 01011541
EXP. 07/11/13
STATE OF OKLAHOMA
PUBLIC

4

# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ✔   Felony ☐          **Case No.** M- 10- 139-AR

Number of Counts __1__   Number of Defendants __1__          USAOID No. 2008R00968   By: lm

**Information Sealed:** Yes ☐ No ✔   OCDETF: Yes ☐  No ✔   Notice ☐ Summons ☐ Writ ☐  Warrant ✔ to Issue

| DEFENDANT: BARRY G. BROCKMAN | |
|---|---|
| Alias(es): | Address:  Moore, Oklahoma |
| | Phone: |

| Age&DOB: 1962 | SS#: XXX-XX-8520 | Juvenile: Yes ☐ No ✔ | Interpreter:   Yes ☐ No ✔ |
|---|---|---|---|
| SEX:  M ✔ F ☐ | RACE: White | Language/Dialect: | |

**Defendant Status:**

| ✔ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| | OR ✔    Cash ☐    10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $          Date:<br>Current Bond on Other Charge  Federal ☐  State ☐ | Bond in Amount of:  $ |

| ☐   In Jail at:        Under Prisoner/Register No.: | | Detention ☐ |
|---|---|---|

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain:   Yes ☐        No ☐ |
|---|---|
| Complaint:  Yes ☐        No ☐ | Bond Set:                    Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of : |
|---|---|
| Additional Defendants: Yes ☐        No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: | AUSA:  Chris Stephens and Jeb Boatman | |
|---|---|---|
| Address: | Phone: 405/553-8783 | Fax: 405/553-8888 |
| Phone: | Fax: | Federal Agent/Agency:  SA Donald A. Anderson, CI/IRS | |
| Retained ☐    CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 26 U.S.C. § 7203 | Failure to make a federal income tax return. | NMT 1 yr. imprisonment; $25,000.00 fine, o/b; 1 yr. S.R.; $25.00 SA; responsible for costs of prosecution.<br><br>Class A misdemeanor as per § 3559. |

Date: April 14, 2010

Signature of AUSA _Chris Stephens_

800/6-97